UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK DRUM,

        Plaintiff,

    v.

HAROLD CLARKE,

        Defendant.

Case No. C06-5360 RBL/KLS

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION

      On July 6, 2006, the court denied plaintiff's motion for appointment of counsel. (Dkt. # 3). The court's order was based on plaintiff's ability to articulate his claims and the lack of exceptional circumstances warranting appointment of counsel. While plaintiff may not have vast resources or legal training, he meets the threshold for a *pro se* litigant. Plaintiff argues that the appointment of counsel is warranted so that this matter may be litigated on behalf of other inmates "being assaulted in some cases and security tapes being disposed of in said cases." By separate order to show cause (Dkt. # 9), plaintiff has been advised that he cannot act on behalf of others, but must bring his action on his own behalf and must plead specific conduct that has been committed by a person or persons acting under color of state law that deprived him of a right, privilege or immunity secured by the Constitution in order to properly plead a Section 1983 claim in this court. Plaintiff must do so by

ORDER - 1

1  August 31, 2006 or face dismissal of this action.

2  After carefully reviewing the motion for reconsideration and the record, the court ORDERS
3  as follows:

4  (1) Plaintiff's motion for reconsideration (Dkt. # 8) is **DENIED.** Motions for
5  reconsideration are disfavored and will ordinarily be denied in the absence of a showing of manifest
6  error in the prior ruling or a showing of new facts or legal authority which could not have been
7  brought to the court's attention earlier with reasonable diligence.  Local Rule CR 7(h)(1).  Here,
8  plaintiff has identified no error in the court's order, nor presented any new facts or legal authority not
9  already considered by the court that suggest reconsideration is appropriate.  Plaintiff's motion is
10  therefore denied.

11  (2) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable
12  Ronald B. Leighton.

14  DATED this 19th day of July, 2006.

17  Karen L. Strombom
United States Magistrate Judge

28  ORDER - 2