UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK DRUM,

        Plaintiff,

   v.

HAROLD CLARKE,

        Defendant.

Case No. C06-5360 RBL/KLS

ORDER TEMPORARILY STAYING
THE FILING OF MOTIONS
PENDING RESOLUTION OF
PENDING MOTIONS

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local MJR 3 and 4. Presently before the Court are numerous motions filed by Plaintiff. In a little over one month, Plaintiff has filed twenty-three motions, including a motion for class certification:[1]

| | |
|---|---|
| Dkt. # 48 | Motion to Verify and Confirm Authenticity of Amended Complaint |
| Dkt. # 50 | Motion for Distribution of Declaration Forms |
| Dkt. # 52 | Motion for Order that Notary Publics Serve Subpoenas |
| Dkt. # 53 | Motion for Issuance of Subpoenas |
| Dkt. # 54 | Motion for Deposition Upon Written Questions |
| Dkt. # 55 | Motion that Subpoenas and Depositions be Sent by Legal Mail |
| Dkt. # 56 | Motion to Attach Affidavit to Form Distributed to Inmates |
| Dkt. # 57 | Motion to File Supplemental Pleadings |
| Dkt. # 58 | Motion for Order to Refute Kite |
| Dkt. # 59 | Motion for Order that SCCC Serve Subpoena |
| Dkt. # 60 | Motion to Determine Sufficiency of Answer and Objection |
| Dkt. # 61 | Motion for Evidentiary Judicial Hearing and In Camera Review |
| Dkt. # 66 | Motion to Determine Sufficiency of Defendants' Answer and Objections |
| Dkt. # 69 | Proposed Supplement re Motion to Supplement Amended Complaint |

---

[1] Plaintiff has since withdrawn three of the motions and the Clerk of the Court should remove these from the Court's calendar - Dkt. # 49, 67, 68, and 78.

ORDER - 1

Dkt. # 72    Motion to Withdraw/Strike Motion to Submit Pleadings Into Evidence
Dkt. # 77    Motion for Class Action Certification
Dkt. # 86    Motion to Certify Class and Joinder of Persons
Dkt. # 87    Non-Party Motion by James Davis
Dkt. # 88    Motion to Join Action as Plaintiff by Non-Party Jessiha Lancaster

In addition, Defendants have filed a motion to dismiss, which is presently noted for February 23, 2007.

Plaintiff's motion practice is overly burdensome and now borders on harassment. In order for the Court to properly address each of these motions and to ensure efficient judicial oversight of this case, Plaintiff is directed to refrain from filing any further motions in this matter pending the Court's resolution of all pending motions.

The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  22nd   day of February, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2