UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK DRUM,

    Plaintiff,

v.

HAROLD CLARKE,

    Defendant.

Case No. C06-5360 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's Motions for Class Action Certification (Dkt. # 77 and 86) are **DENIED**; and

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

DATED this 1st day of May, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1