# United States District Court

WESTERN DISTRICT OF WASHINGTON

PATRICK DRUM,,

        Plaintiff,

  v.

HAROLD CLARKE,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5360RBL-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

Defendants motion to Dismiss (DKT. #62) is GRANTED.

May 2, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk